## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BOERSEMA, | |
| Plaintiff, | Case No. 16-0267 |
| v. | |
| STONEMOR PARTNERS, L.P., | JURY TRIAL DEMANDED |
| Defendant. | |

### STIPULATION FOR EXTENSION OF TIME

In light of the settlement conference before Judge Strawbridge being rescheduled from August 9, 2016 to September 30, 2016, Plaintiff David Boersema and Defendant StoneMor Partners, L.P., through their undersigned counsel, jointly respectfully request this Court extend the pretrial deadlines in the Scheduling Order (Docket No. 13), as follows:

- All discovery must be completed by **November 4, 2016.**
- Plaintiff's expert reports due, **October 7, 2016**; Defendant's reports due **October 21, 2016**; Depositions of all experts must be completed by **November 4, 2016.**
- Dispositive motions due **November 23, 2016.**

/s/ *Christi Wallace*
Christi Wallace
**KRAEMER, MANES & ASSOCIATES LLC**
US Steel Tower, 600 Grant Street, Suite 660
Pittsburgh, PA 15219
(412) 626-5575
(412) 206-0834 (fax)
cw@lawkm.com

*Attorneys for Plaintiff David Boersema*

/s/ *Brooke T. Iley*
Brooke T. Iley
Stephanie Gantman Kaplan
**BLANK ROME LLP**
One Logan Square, 130 North 18th Street
Philadelphia, Pennsylvania 19103
(215) 569-5500
(215) 569-5555 (fax)
iley@blankrome.com

*Attorneys for Defendant, StoneMor Partners, L.P.*

It is **ORDERED**.

Signed this 8th day of August, 2016.

_____
Anita B. Brody, J.

Copies via ECF on _____