IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BOERSEMA | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| STONEMOR PARTNERS, LP | : | NO. 16-267 |

O R D E R

**AND NOW, TO WIT:** 17TH day of October, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Lucy V. Chin, Interim Clerk of Court**

**BY:** s/Marie O'Donnell
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON    TO:    COPIES VIA U.S. MAIL ON    TO: